**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**

**Roanoke Division**

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| RBX Corporation f/k/a RBX Group, Inc. et al., ) | |
| ) | Case No.7-04-00725 |
| Reorganized Debtor. ) | |
| ) | |
| ) | |
| TJB Management Consulting, LLC, as Plan ) | |
| Administrator for RBX Corporation f/k/a RBX Group, ) | |
| Inc. and RBX Industries, Inc., ) | |
| ) | Adv. Pro. No. 05-07282 |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| HB CHEMICAL CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF DISMISSAL**
**ABOVE-CAPTIONED ADVERSARY PROCEEDING**

**PLEASE TAKE NOTICE** that TJB Management Consulting LLC as Plan Administrator for RBX Corporation f/k/a RBX Group, Inc and hereby dismisses the above-referenced adversary proceeding against the above-captioned defendant with prejudice and without costs pursuant to Fed R. Civ. P. 41(a) made applicable herein by Federal Rule of Bankruptcy Procedure 7041. This adversary proceeding is hereby closed.

Dated: Roanoke, Virginia
January 19, 2006

                                              GAZES LLC

                                          By:    /s/ Ian J. Gazes_____
                                                  Ian J. Gazes (IG 7564)
                                                  Eric P. Wainer (EW 9783)
                                          32 Avenue of the Americas, 27th Floor
                                          New York, New York 10013
                                          (212) 765-9000

                                          *Attorneys for TJB Management Consulting, LLC, as*
                                          *Plan Administrator for RBX Corporation f/k/a RBX*
                                          *Group, Inc. and RBX Industries, Inc*